UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2020 NOV 24  PM 12:42

Michael Lee et, al.
_____

Write the full name of each plaintiff.

-against-

Department of Corrections et, al.
_____

**20-cv-10126**

No. 1:20-cv-08401-GBD-SDA

(To be filled out by Clerk's Office)

AMENDED
**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes    ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☒ Other: Equal Protection Cause/Rights; Cruel and Unusual Punishment

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Michael      J.      Lee (See V. FACTS & VI. Herein)
First Name   Middle Initial   Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

3492061663
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Vernon C Baine Center
Current Place of Detention

1 Halleck Street
Institutional Address

~~[redacted]~~ Bronx       New York       10474
County, City                State           Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced prisoner
☒ Other: Parole's

Page 2

## DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**

First Name: Cynthania    Last Name: Brann    Shield #: 

Current Job Title (or other identifying information): New York Department of Corrections Commisioner

Current Work Address:

County, City:    State:    Zip Code:

**Defendant 2:**

First Name: Patsy    Last Name: Yang    Shield #:

Current Job Title (or other identifying information): Health Director Commisioner

Current Work Address:

County, City:    State:    Zip Code:

**Defendant 3:**

First Name: Marget    Last Name: Egan    Shield #:

Current Job Title (or other identifying information): Board of Correction Executive Director

Current Work Address:

County, City:    State:    Zip Code:

**Defendant 4:**

First Name:    Last Name:    Shield #:

Current Job Title (or other identifying information):

Current Work Address:

County, City:    State:    Zip Code:

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Vernon C. Baine Center Dorm: 2-BA

Date(s) of occurrence: September 22nd, 2020 — November 19th, 2020

FACTS: (continued on (5)(4) therein)

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Each Plaintiff listed below has had there Constitutional Rights violated by the Defendents by (1) Forcing EAch Plaintiff against there own free will or Right to be housed in Improper, Housing Conditions including Dangerous and Deadly Conditions during the COVID-19 Pandemic housing Plaintiff's below 2-BA in between 45-50 max Capacity violating "Mandates" set by Gov. Andrew Cumo and Mayor Bill Delblasio, of Inside Gathering of 25% or Now 50% MAX Capacity we are x2-x3 times that Amount in "2BA Housing Unit". This is Cruel & unusual Punishment, Moreso it violates our Equal Protection Rights to not be afforded "the Same Liberties" as other people of "social Distancing 6ft inbetween each person" Each Bed is 2-3 Inches behind another bed with NO Dividers NOTHING in between each bed and 2-3 ft across from beds next to the other. We are being forced against our Rights or will into Deadly Dangerous CONDITION(s). This is True for the following Inmates; Detainee(s)/et. al.:

Page 4

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

**VI.   RELIEF** (continued on page (8) therein)

State briefly what money damages or other relief you want the court to order.

To have the "Equal Liberties" as others of Social Distancing 50% Not 97%-100% max Capacity. And To FOLLOW the Legal MANDATES SET by Gov. Andrew Cumo, and Mayor Bill Delblasio to° R.O.R ( RELEASE) the Following Detaine's, Inmates et. al.:

1). Parolees with just Technical violations
2.) People 50 or 60 years of age and Older
3). People with Underlying health Conditions that make them Vunrable to the COVID-19 Virus

(7)

V. FACTS (continued):

Joe Brewton #3492002387
Mario Espinal #3492002562
George Macedon #3492002165
Flores Jose 349-200-2283
Jonathan Morales #1412002971
~~[redacted]~~
Cabral Victor #1412001723
Parris V. Colon #141-2002-813
Dayquan Johnson #4120002936
PHAM LAM #8951901162
Joe Brewton #349-2002-387
Juan Ortiz #349-2002-305

(6)

V. FACTS (continued):

| | |
|---|---|
| Sonny Squire #4102000639 | James Clark #1411709283 |
| Jonathon Martinez #3492061577 | Cyril Sheppard #3492002011 |
| Curtis Clark #1412062253 | Michael Mota #4412000457 |
| Christopher DeJesus #1412062246 | Andre Boyd #4411901712 |
| Dewayne Boone #4412061752 | Carl Henley #2411800815 |
| Frank Pagan #3492001603 | Johny Blanding #3491907402 |
| Jonathon Stevens #1412062119 | Justin Mancil #441807062 |
| Paul Reed #1412001725 | Noel Fernandez #4411904753 |
| Josiah Pringle #1412061750 | Luis Molina #3001900157 |
| Carlos Bradley #3162000187 | Lester Pearson #3002006233 |
| Hopeton Prendergast #4411905343 | Gill Graves #3002600211 |
| Willie Smith #8951906921 | Timothy Linares #5412000260 |
| Raymond Salgado #1412001188 | Frank Crowley #2412001232 |
| Timothy Ward #2412001588 | Matthew Karelefsky #1411903366 |
| Andre Fonseca #1412062023 | Rampersaud Persaud #4411904165 |
| Walter Ware #4411803486 | |
| Shamar Calloway #4412001754 | Christopher Johnson #3492002320 |
| Keemal Cross #1411710237 | |
| Deryck Brown #2411806501 | Morris Tate #2412001025 |
| Hakiem Barrow #825000054 | Eon Struthers #5102000007 |
| Devoro Parker #9002000003 | Jonathan Weaver #1412001833 |
| Theodore Tucker #3492001370 | Edward Branch #3002000027 |
| James Jackson #1411904748 | Orlando Plummer #4412001257 |
| Ricardo Gilcabera #141200522 | |
| Emmanuel Rosario #3492001164 | Allen Nimmons #3492002662 |
| Manuel Velasquez #3482001339 | |
| Willet Davidson #3491905326 | James Evans #2412001523 |
| Darius Batts #3491904664 | Luis Charles #1412062870 |

(5)

## VI. RELIEFS (continued)

4). People with non-violent charge(s) Except:
If a person Health Condition's make them vulnurable to the virus, with violent charges would Consider R.O.R.

Next is Compensative Damages for "EACH" Plaintiff in this Complaint in AMOUNT of $250,000.00 a piece For Constitutional Right violations listed Herein to be payed by Defendants in this COMPLAINT "Additional" Punitive Damages for "EACH" Plaintiff in this COMPLAINT in the AMount of $250,000.00 a piece for the Constitutional Right violations listed Herein to be payed by Defendants in this COMPLAINT

(8)

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS (See Attached letter Herein)

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

10/28/20
Dated

Michael J. Lee
Plaintiff's Signature

Michael   J.   Lee
First Name   Middle Initial   Last Name

1 Halleck St   (All Plaintiff(s) Address Herein)
Prison Address

Bronx    N.Y.    10474 (All Plaintiffs County, State and Zip Codes)
County, City   State   Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 10/28/20
11/20/20

(9)

Dear Clerk of Court,

We, are All writing to you to AMEND the U.S.C.A §1983 COMPLAINT Annexed herein. Due to lack of ability to do legal Research we were unable to put down ALL the Constitutional Right violations prior to this "AMENDED §1983 U.S.C.A Complaint" or original U.S.C.A §1983 COMPLAINT. Now we have Corrected and Put the Full Constitutional Rights violation(s) that the Defendants violated. Also AMENDED on NEW Complaint put the CORRECT Name(s) of Reliefs for Money Damages therein. Lastly Additional Plaintiffs that have been housed in V.C.B.C. Dorm Unit 2-BA Since original Complaint therein. THEREFORE Plaintiff(s) herein REQUEST that Clerk of Court to EXCEPT this NEW "AMENDED §1983 U.S.C COMPLAINT", annexed herein. Moreso Can the clerk court Attach EXHIBITS listed in original Complaint to "New" AMENDED §1983 U.S.C.A COMPLAINT Herein. Thank you.

DATED: 11-20-20

Sincerely,

Michael J. Lee
James Evans Jr.
Willie Smith
Bill Stans
Victor Cabral
Ricardo Villanueva
Hakeem Barnum
J. Stevens
Willet Sanders
Luis Molina
Cyrus Shippen
Curtis Clark
Parris V. Colon
Servant Colon
Deryck Brown
Darius Boytts
Christopher DeJesus
Neil Forminghin
Daiquan Johnson
Manuel Velasquez
Pham Lam
Deion Parker
Theodore D. Tucker
Paul Reed
Andre Boyd
James Jackson Jr.
Carl Kennedy
Roger Funk

Michael Lee #3942001663
V.C.B.C
1 Halleck St.
Bronx, N.Y. 10474



RECEIVED
2020 NOV 24 AM 10:16

Pro Se
SM

Attn: Clerk of Court
UNITED STATES
Southern District Court
of New York State
500 Pearl Street
COURT HOUSE
New York, N.Y. 10007