```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jonathon Morales,

                Plaintiff,

    -against-

Department of Corrections et al.,

               Defendants.

1:20-cv-10126 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    The Court has been notified that the information service package mailed to Plaintiff on March 16, 2021 was returned. According to information available on the New York City Department of Corrections website, it appears that Plaintiff has been released from custody. Accordingly, it is hereby Ordered that, no later than Friday, April 23, 2021, counsel for Defendants shall file a letter providing any updated contact information for Plaintiff, including his current address and telephone number.

**SO ORDERED.**

DATED:    New York, New York
               April 14, 2021

                                                  */s/ Stewart D. Aaron*
                                                  _____
                                                  STEWART D. AARON
                                                  United States Magistrate Judge