


THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

**STEPHEN KITZINGER**
phone: (212) 356-2087
email: skitzing@law.nyc.gov

July 9, 2021

<u>**VIA ECF**</u>

Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Morales v. Brann, etc.*
       Case No. 20 CV 10126 (VEC)(SDA)

Dear Magistrate Judge Aaron:

  I am the Assistant Corporation Counsel recently assigned to represent the defendants in the above-referenced matter brought pursuant to 42 U.S.C. § 1983 concerning plaintiff's conditions of confinement at the Vernon C. Bain Center while in the custody of the New York City Department of Corrections. I apologize for the late filing of the instant request for an extension of time to file the proposed case management plan and an adjournment of the conference scheduled for July 13, 2021. This matter was just reassigned to me and I am still working to get up to speed on the case. I attempted to contact Mr. Morales by telephone today but was unable to make contact. I did, however, leave a voicemail message with my contact information. Because I have not yet been able to speak with Mr. Morales and am still reviewing the case file, I have not been able to complete the proposed case management form. Thus, I respectfully request that the Court adjourn the conference for a period of two weeks.

  A copy of this letter will be mailed to plaintiff on Monday and I will continue to try to contact Mr. Morales by telephone to advise him of this request. Thank you in advance for your consideration of this matter.

              Respectfully yours,

              /s/Stephen Kitzinger
              Stephen Kitzinger
              Assistant Corporation Counsel

cc: Jonathan Morales (by regular mail to be sent on July 12)

---

Request DENIED. The remote telephone conference on Tuesday, 7/13/21, at 11:00 a.m., shall proceed as scheduled, notwithstanding the lack of a case management plan. Defense counsel is directed not to mail his letter filed at ECF No. 29 on Friday evening, 7/9/21, as it would not reach the *pro se* Plaintiff in time and, in any event, would cause confusion. SO ORDERED.
Dated: 7/10/2021