UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2021
```

Jonathon Morales,

          Plaintiff,

-against-

Department of Corrections et al.,

          Defendants.

1:20-cv-10126 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. No later than July 20, 2021, Defendants' former counsel, Lillian P. Wesley, shall file an appropriate motion to withdraw as counsel or a representative of the Law Department shall file one on her behalf.

2. No later than July 27, 2021, Defendants shall provide to Plaintiff the written discovery produced to date in the similar case of *Lee v. Dept. of Corrections et al.*, No. 20-cv-08407.

3. The parties are directed to appear for a telephone conference on Tuesday, August 24, 2021, at 2:00 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. At least one week prior to the conference, the parties shall file a joint letter regarding the status of discovery.

Plaintiff is reminded that that there is a legal clinic in this District to assist individual parties in civil cases who do not have lawyers. The Clinic is run by a private organization called

the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. Due to COVID-19, the Clinic currently is providing assistance only by appointment and only over the telephone. An unrepresented party can make an appointment by filling out the intake form on the Court's website, see https://nysd.uscourts.gov/attorney/legal-assistance, or by calling 212-659-6190 and leaving a message.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:   New York, New York
         July 13, 2021

_____
STEWART D. AARON
United States Magistrate Judge