USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jonathon Morales,

                          Plaintiff,

      -against-

Department of Corrections et al.,

                         Defendants.

1:20-cv-10126 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      Having been informed by Defendants' counsel that Plaintiff is unavailable to submit a joint letter, as required by the Court's July 13, 2021 Order (ECF No. 31), it is hereby Ordered that the telephone conference scheduled for Tuesday, August 24, 2021 is adjourned *sine die*. Defendants' counsel shall continue to attempt to communicate with Plaintiff and, on Monday, August 23, 2021, shall either file a joint letter regarding the status of discovery or, if necessary, file a letter from Defendants only regarding the status of discovery.

      The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:      New York, New York
                 August 18, 2021

                                                           _____
                                                           STEWART D. AARON
                                                           United States Magistrate Judge