USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jonathon Morales,

                    Plaintiff,

    -against-

Department of Corrections et al.,

                    Defendants.

1:20-cv-10126 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    In accordance with the Court's August 24, 2021 Order (ECF No. 36), the parties were to file a joint letter regarding the status of discovery on October 22, 2021. It is hereby Ordered that, no later than Monday, November 1, 2021, the parties shall file a joint letter or, if Defendants' counsel is unable to reach Plaintiff to submit a joint letter, Defendants' counsel shall file a letter from Defendants only regarding the status of discovery.

    The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
              October 25, 2021

_____
STEWART D. AARON
United States Magistrate Judge