```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jonathon Morales,

                Plaintiff,

-against-

Department of Corrections et al.,

                Defendants.

1:20-cv-10126 (VEC) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    In order to ensure that Plaintiff is aware of the telephone conference scheduled for November 16, 2021, it is hereby Ordered that, no later than Friday, November 5, 2021, counsel for Defendants shall email a copy of the November 1, 2021 Order for Telephone Conference (ECF No. 39) to Plaintiff.[1]

    The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:      New York, New York
                  November 3, 2021

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] The Court notes that Defendants' counsel indicated that he emailed the October 29, 2021 Status Report (ECF No. 38) to Plaintiff and, thus, appears to have an email address for Plaintiff even though there is no email address on the docket.