```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jonathon Morales,

                              Plaintiff,

       -against-

Department of Corrections et al.,

                            Defendants.

1:20-cv-10126 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on November 1, 2021, the Court scheduled a conference for today at 11:00 a.m. (*see* 11/1/2021 Order, ECF No. 39); and

WHEREAS, Plaintiff did not appear for the conference at the scheduled time, but at approximately 1:50 p.m. today called Chambers stating that he had attempted to appear for the conference around 10:30 a.m. but that he was unable to dial in to the conference line; and

WHEREAS, the Court informed Plaintiff that it would reschedule the telephone conference for November 29, 2021 at 11:00 a.m.

NOW, THEREFORE, it is hereby ORDERED that the parties are directed to appear for a telephone conference in this action on November 29, 2021 at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. Plaintiff is reminded that failure to appear for the conference may result in the imposition of sanctions up to and including a recommendation that his case be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.[1] In addition, a copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:  New York, New York
        November 16, 2021

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] During his call to Chambers, Plaintiff stated that he received the prior Order in the mail.