UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2021
```

Jonathon Morales,

                    Plaintiff,                         1:20-cv-10126 (VEC) (SDA)

        -against-                                      ORDER

Department of Corrections et al.,

                    Defendants.

STEWART D. AARON, United States Magistrate Judge:

Following a telephone conference with the parties, it is hereby Ordered as follows:

1.  No later than Wednesday, December 1, 2021, counsel for Defendants shall email to Plaintiff the HIPPA approved authorization form for the release of Plaintiff's medical records along with the address where the form should be returned. Plaintiff shall sign and return the form no later than Wednesday, December 15, 2021.

2. No later than February 14, 2022, Plaintiff shall seek any additional documents from Defendants.

3. The deadline for the completion of all discovery, including all depositions, is March 15, 2022.

Plaintiff is reminded that there is a legal clinic in this District to assist individual parties in civil cases who do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. Due to COVID-19, the Clinic currently is providing assistance only by appointment and only over the

telephone. An unrepresented party can make an appointment by filling out the intake form on the Court's website, *see* https://nysd.uscourts.gov/attorney/legal-assistance, or by calling 212-659-6190 and leaving a message.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.  In addition, a copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:        New York, New York
              November 29, 2021

_____
STEWART D. AARON
United States Magistrate Judge