USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jonathon Morales,

                Plaintiff,

-against-

Department of Corrections et al.,

                Defendants.

1:20-cv-10126 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Now that discovery in this action has closed (*see* 11/29/2021 Order, ECF No. 42 (setting March 15, 2022 deadline for completion of all discovery), it is hereby Ordered that, no later than March 23, 2022, the parties shall file a joint letter regarding proposed next steps in this action, including whether they would like to participate in a settlement conference and/or if either side intends to file a dispositive motion.

    The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff. In addition, a copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:    New York, New York
              March 16, 2022

_____
STEWART D. AARON
United States Magistrate Judge