UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jonathon Morales,

                Plaintiff,

   -against-

Department of Corrections et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2022

1:20-cv-10126 (VEC) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      Following a telephone conference, for which only Defendants appeared,[1] it is hereby Ordered that, no later than Thursday, May 12, 2022, the parties shall file a joint letter indicating whether they would like to participate in a settlement conference and/or if either side intends to file a dispositive motion. By the same date, Plaintiff shall update his address on the ECF docket. Plaintiff is reminded that it is his responsibility to maintain an accurate address with the Court.

      Counsel for Defendants is directed to call Plaintiff and read him (or his voicemail) a copy of this Order. In addition, a copy of this Order shall be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:     New York, New York
             May 5, 2022

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] During the conference, counsel for Defendants indicated that Plaintiff had been released from custody and that he had spoken with Plaintiff regarding the scheduled conference, but that Plaintiff had another court appearance at the scheduled time.