```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jonathon Morales,

                Plaintiff,

-against-

Department of Corrections et al.,

                Defendants.

1:20-cv-10126 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      As set forth in the Court's May 13, 2022 Order, Plaintiff's opposition to Defendants' motion for summary judgment is due no later than August 1, 2022. (5/13/2022 Order, ECF No. 51.) Although Plaintiff has not updated his address, because it appears that he has been released from custody, the Court has updated the docket to reflect his previous address. Plaintiff again is reminded that it is his responsibility to maintain an accurate address with the Court.

      Plaintiff also is reminded that that there is a legal clinic in this District to assist individual parties in civil cases who do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. Due to COVID-19, the Clinic currently is providing assistance only by appointment and only over the telephone. An unrepresented party can make an appointment by filling out the intake form on the Court's website, see https://nysd.uscourts.gov/attorney/legal-assistance, or by calling 212-659-6190 and leaving a message.

      Counsel for Defendants is directed to call Plaintiff and read him (or his voicemail) a copy

of this Order. In addition, a copy of this Order shall be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:      New York, New York
            July 5, 2022

_____
STEWART D. AARON
United States Magistrate Judge