```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jonathon Morales,

                             Plaintiff,

-against-

Department of Corrections et al.,

                            Defendants.

1:20-cv-10126 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    As set forth in the Court's July 8, 2022 Order, Plaintiff's opposition to Defendants' motion for summary judgment was due no later than August 9, 2022. (7/8/2022 Order, ECF No. 63.) It is hereby Ordered that Plaintiff shall file his opposition to Defendants' motion for summary judgment no later than September 14, 2022. Failure to do so will result in the Court deciding the motion on Defendants' motion papers only. If Plaintiff files an opposition, Defendants shall file any reply no later than September 28, 2022.

    A copy of this Order shall be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:     New York, New York
               August 16, 2022

                                                             _____
                                                             STEWART D. AARON
                                                             United States Magistrate Judge