**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JONATHAN MORALES,

                Plaintiff,                       20 **CIVIL** 10126 (VEC)

     -against-                            **JUDGMENT**

CYNTHIA BRANN, PATSY YANG, and
MARGARET EGAN,

                Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 4, 2023, the Amended R&R is adopted in full and Defendants' motion for summary judgment is GRANTED in full. Because the Amended R&R gave the parties adequate warning, see Amended R&R at 15, the failure to file any objections to the R&R precludes appellate review of this decision. See Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision.") (citation omitted); accordingly, the case is closed.

**Dated:**  New York, New York
           January 4, 2023

                                                       **RUBY J. KRAJICK**

                                                        Clerk of Court
                                      **BY:**     *K. Mango*
                                                        **Deputy Clerk**